UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| Edwards Lifesciences Corporation, a Delaware Corporation; Edwards Lifesciences LLC, a Delaware Limited Liability Company,<br><br>        Plaintiffs,<br><br>   v.<br><br>Maximilien Launey, an Individual,<br><br>        Defendant. | Case No.: 8:23-cv-00304-DOC-ADS<br><br>**TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that the Court in the above-captioned case has considered plaintiffs Edward Lifesciences Corporation and Edwards Lifesciences LLC (collectively, "Plaintiffs") Application for Temporary Restraining Order, Order to Show Cause Re Preliminary Injunction, and Expedited Discovery.

IT IS HEREBY ORDERED that pending time to allow appropriate discovery and a full hearing for determination of the Order to Show Cause Re Preliminary Injunction, Defendant Maximilien Launey ("Defendant"), and all those acting in concert with them, shall be and hereby are restrained and enjoined from:

1. Using or disclosing the confidential information and trade secrets of Plaintiffs;
2. Engaging in any conduct that violates Defendant's Employment Agreement and/or Ongoing Obligations to Plaintiffs.

IT IS FURTHER ORDERED that Defendant shall, within two business days of the date of this Order, return to counsel for Plaintiffs all confidential information, trade secrets and property belonging to Plaintiffs in Defendant's possession, custody or control, including without limitation all passwords and user names.

IT IS FURTHER ORDERED that the parties shall appear at 9 a.m. on March 20, 2023, before the Honorable David O. Carter to discuss an appropriate schedule for expedited discovery, briefing, and a hearing to show cause why Defendant should not be preliminarily enjoined from using or disclosing the confidential information and trade secrets of Plaintiffs; or engaging in any conduct that violates Defendant's Employment Agreement and/or Ongoing Obligations to Plaintiffs.

IT IS SO ORDERED. DATED:  March 2, 2023

_David O. Carter_
The Hon. David O. Carter
UNITED STATES DISTRICT JUDGE