JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| Edwards Lifesciences Corporation, a Delaware Corporation; Edwards Lifesciences LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>Maximilien Launey, an Individual,<br><br>Defendant. | Case No. 8:23-cv-00304-WLH(ADSx)<br><br>**ORDER GRANTING JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

The Court, having considered the Stipulation submitted by Plaintiffs Edwards Lifesciences Corporation and Edwards Lifesciences LLC (together "Plaintiffs") and Defendant Maximilien Launey ("Defendant"), and GOOD CAUSE THEREFORE appearing, hereby ORDERS this entire action (Complaint and Counterclaim) dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: September 30, 2024

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE